THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SIMON RYTSIS, Appellant.

Submitted November 23, 1942; decided January 7, 1943.

*Leon Lang* for appellant.

*Edward J. Neary, District Attorney (Frank A. Gulotta* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, CONWAY and DESMOND, JJ. Dissenting; RIPPEY and LEWIS, JJ.